# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0170
_____

JENS P. HANSEN,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

October 30, 2019


PER CURIAM.

    AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jens P. Hansen, pro se, Appellant.

Ashley Moody, Attorney General, and Leslie A. Healer, Assistant
Attorney General, Tallahassee, for Appellee.